**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| In re: ROY J GRIFFIN, HEATHER M ALLEN, Debtor(s) | Case No. 10-35252 |
|---|---|

**CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT**

Tom Vaughn, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 08/06/2010.

2) The plan was confirmed on 09/29/2010.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on NA.

4) The trustee filed action to remedy default by the debtor in performance under the plan on 04/14/2011.

5) The case was completed on 01/01/1900.

6) Number of months from filing to last payment: 0.

7) Number of months case was pending: 64.

8) Total value of assets abandoned by court order: NA.

9) Total value of assets exempted: $4,150.00.

10) Amount of unsecured claims discharged without payment: $23,298.19.

11) All checks distributed by the trustee relating to this case have cleared the bank.

**Receipts:**

| | |
|---|---|
| Total paid by or on behalf of the debtor | $58,098.59 |
| Less amount refunded to debtor | $1,594.46 |

**NET RECEIPTS:** **$56,504.13**

**Expenses of Administration:**

| | |
|---|---|
| Attorney's Fees Paid Through the Plan | $3,486.00 |
| Court Costs | $0.00 |
| Trustee Expenses & Compensation | $2,615.08 |
| Other | $0.00 |

**TOTAL EXPENSES OF ADMINISTRATION:** **$6,101.08**

Attorney fees paid and disclosed by debtor: $14.00

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| AFFINITY CASH LOANS | Unsecured | 2,613.56 | 979.70 | 979.70 | 979.70 | 0.00 |
| Afni, Inc. | Unsecured | 169.00 | NA | NA | 0.00 | 0.00 |
| AMEREN ILLINOIS | Unsecured | NA | 177.17 | 177.17 | 177.17 | 0.00 |
| AMERICA S FIN CHOICE | Unsecured | 520.00 | NA | NA | 0.00 | 0.00 |
| AMERICAS FINANCIAL CHOICE | Unsecured | 519.00 | 519.76 | 519.76 | 519.76 | 0.00 |
| AMERICAS FINANCIAL CHOICE | Unsecured | 300.00 | NA | NA | 0.00 | 0.00 |
| APPLIED BANK | Unsecured | 1,260.99 | NA | NA | 0.00 | 0.00 |
| ASSET ACCEPTANCE LLC | Unsecured | NA | 254.99 | 254.99 | 254.99 | 0.00 |
| ASSET ACCEPTANCE LLC | Unsecured | NA | 465.09 | 465.09 | 465.09 | 0.00 |
| AT & T BANKRUPTCY | Unsecured | 179.65 | NA | NA | 0.00 | 0.00 |
| AT&T | Unsecured | 366.00 | NA | NA | 0.00 | 0.00 |
| AT&T | Unsecured | 98.00 | NA | NA | 0.00 | 0.00 |
| AT&T | Unsecured | 179.00 | NA | NA | 0.00 | 0.00 |
| CARLE CLINIC | Unsecured | 712.00 | 712.00 | 712.00 | 712.00 | 0.00 |
| CARLE FOUNDATION HOSPITAL | Unsecured | 964.00 | NA | NA | 0.00 | 0.00 |
| CARLE FOUNDATION PHYS SERV | Unsecured | 225.00 | NA | NA | 0.00 | 0.00 |
| CASH LOANS TODAY | Unsecured | 731.00 | 756.14 | 756.14 | 756.14 | 0.00 |
| CAVALRY PORTFOLIO SVCS LLC | Unsecured | 936.00 | 945.48 | 945.48 | 945.48 | 0.00 |
| CITY OF CHGO DEPT OF ADMIN HEA | Unsecured | 144.00 | NA | NA | 0.00 | 0.00 |
| CITY OF CHICAGO DEPT OF REVENU | Unsecured | 549.00 | 1,115.00 | 1,115.00 | 1,115.00 | 0.00 |
| CITY OF CHICAGO DEPT OF REVENU | Unsecured | 122.00 | NA | NA | 0.00 | 0.00 |
| COMCAST | Unsecured | 92.00 | NA | NA | 0.00 | 0.00 |
| COMCAST | Unsecured | 92.00 | NA | NA | 0.00 | 0.00 |
| COMCAST | Unsecured | 92.00 | NA | NA | 0.00 | 0.00 |
| COUNTRY SQUIRE APTS | Unsecured | 826.00 | NA | NA | 0.00 | 0.00 |
| CREDIT ONE BANK | Unsecured | 1,236.00 | NA | NA | 0.00 | 0.00 |
| CREDIT ONE BANK | Unsecured | 1,236.78 | NA | NA | 0.00 | 0.00 |
| DIRECT BRANDS | Unsecured | 100.00 | NA | NA | 0.00 | 0.00 |
| DIRECTV | Unsecured | 584.00 | NA | NA | 0.00 | 0.00 |
| FIRST CASH ADVANCE | Unsecured | 2,500.00 | NA | NA | 0.00 | 0.00 |
| HORIZON EMERGENCY PHYSICIAN ( | Unsecured | 122.00 | NA | NA | 0.00 | 0.00 |

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| HSBC | Unsecured | 440.00 | NA | NA | 0.00 | 0.00 |
| HSBC | Unsecured | 715.00 | NA | NA | 0.00 | 0.00 |
| HSBC ORCHARD BANK | Unsecured | 848.96 | NA | NA | 0.00 | 0.00 |
| ILLINOIS DEPT OF REVENUE | Unsecured | NA | 605.39 | 605.39 | 605.39 | 0.00 |
| ILLINOIS DEPT OF REVENUE | Unsecured | NA | NA | NA | 0.00 | 0.00 |
| ILLINOIS TITLE LOANS | Unsecured | NA | 0.00 | 541.08 | 541.08 | 0.00 |
| ILLINOIS TITLE LOANS | Secured | 1,600.00 | 2,141.08 | 1,600.00 | 1,600.00 | 131.04 |
| INGALLS MEMORIAL HOSPITAL | Unsecured | 50.00 | 100.00 | 100.00 | 100.00 | 0.00 |
| INTERNAL REVENUE SERVICE | Unsecured | 3,744.00 | 1,769.29 | 1,769.29 | 1,769.29 | 0.00 |
| JEFFERSON CAPITAL SYSTEMS | Unsecured | 498.00 | 498.90 | 498.90 | 498.90 | 0.00 |
| JEFFERSON CAPITAL SYSTEMS | Unsecured | 197.00 | 197.17 | 197.17 | 197.17 | 0.00 |
| JEFFERSON CAPITAL SYSTEMS | Unsecured | 552.00 | 499.41 | 499.41 | 499.41 | 0.00 |
| LITERARY GUILD BOOK CLUB | Unsecured | 115.90 | NA | NA | 0.00 | 0.00 |
| LITERARY GUILD BOOK CLUB | Unsecured | 115.00 | NA | NA | 0.00 | 0.00 |
| LORETTO HOSPITAL | Unsecured | 240.00 | NA | NA | 0.00 | 0.00 |
| LVNV FUNDING | Unsecured | NA | 159.67 | 159.67 | 159.67 | 0.00 |
| MEDICAL RECOVERY SPECIALISTS | Unsecured | 50.00 | NA | NA | 0.00 | 0.00 |
| MEMPHIS LIGHT GAS & WATER DIV | Unsecured | 308.00 | 308.49 | 308.49 | 308.49 | 0.00 |
| MEYER EYECARE | Unsecured | 30.00 | NA | NA | 0.00 | 0.00 |
| MIDLAND CREDIT MANAGEMENT IN | Unsecured | 1,204.72 | 1,231.76 | 1,231.76 | 1,231.76 | 0.00 |
| MIDWEST TITLE LOANS | Secured | 1,200.00 | 1,136.15 | 1,136.15 | 1,136.15 | 88.12 |
| MONTEREY FINANCIAL SVC | Secured | 500.00 | 0.00 | 500.00 | 500.00 | 0.00 |
| MONTEREY FINANCIAL SVC | Unsecured | 460.00 | NA | NA | 0.00 | 0.00 |
| NCEP LLC | Unsecured | 503.00 | 503.31 | 503.31 | 503.31 | 0.00 |
| NEW JERSEY HIGHER EDUCATION | Unsecured | 7,883.00 | 8,959.35 | 8,959.35 | 8,959.35 | 0.00 |
| NICOR | Unsecured | 25.00 | NA | NA | 0.00 | 0.00 |
| NICOR GAS | Unsecured | 140.00 | 152.58 | 152.58 | 152.58 | 0.00 |
| ONE IRON VENTURES INC | Unsecured | 500.00 | NA | NA | 0.00 | 0.00 |
| PAYDAY LOAN STORE FINANCIAL SI | Unsecured | 656.00 | NA | NA | 0.00 | 0.00 |
| PAYDAY LOAN STORE OF IL INC | Unsecured | 265.84 | 265.84 | 265.84 | 265.84 | 0.00 |
| PAYDAY LOAN STORE OF IL INC | Unsecured | 600.00 | NA | NA | 0.00 | 0.00 |
| PEOPLES GAS LIGHT & COKE CO | Unsecured | 382.00 | NA | NA | 0.00 | 0.00 |
| PEOPLES GAS LIGHT & COKE CO | Unsecured | 382.00 | 381.96 | 381.96 | 381.96 | 0.00 |
| PROVIDA SIX WEEK BOD | Unsecured | 137.00 | NA | NA | 0.00 | 0.00 |
| QUANTUM3 GROUP LLC | Unsecured | 1,260.00 | 1,260.99 | 1,260.99 | 1,260.99 | 0.00 |
| SAFEWORKS IL HEALTH SERV | Unsecured | 560.00 | NA | NA | 0.00 | 0.00 |
| SAFEWORKS IL HEALTH SERV | Unsecured | 560.00 | NA | NA | 0.00 | 0.00 |
| SALLIE MAE | Unsecured | 2,667.00 | NA | NA | 0.00 | 0.00 |
| SOUTHWEST LAB PHYSICIAN | Unsecured | 45.60 | NA | NA | 0.00 | 0.00 |
| SUMMIT COMMUNICATIONS | Unsecured | 400.00 | NA | NA | 0.00 | 0.00 |
| SUMMIT COMMUNICATIONS INC | Unsecured | 412.00 | NA | NA | 0.00 | 0.00 |
| T MOBILE | Unsecured | 361.00 | NA | NA | 0.00 | 0.00 |
| TCF BANK | Unsecured | 90.00 | NA | NA | 0.00 | 0.00 |
| TCF BANK | Unsecured | 90.00 | NA | NA | 0.00 | 0.00 |
| TOWER LOAN | Unsecured | 447.00 | NA | NA | 0.00 | 0.00 |
| UNITED STUDENT AID FUNDS | Unsecured | 4,028.00 | 5,406.35 | 5,406.35 | 5,406.35 | 0.00 |
| UNITED STUDENT AID FUNDS | Unsecured | 2,742.00 | 4,037.97 | 4,037.97 | 4,037.97 | 0.00 |
| US DEPT OF ED FEDLOAN | Unsecured | NA | 13,992.90 | 13,992.90 | 13,992.90 | 0.00 |
| VERIZON WIRELESS | Unsecured | 169.00 | NA | NA | 0.00 | 0.00 |
| VILLAGE OF CALUMET PARK | Unsecured | 150.00 | 150.00 | 150.00 | 150.00 | 0.00 |
| WFNNB THE AVENUE | Unsecured | 503.31 | NA | NA | 0.00 | 0.00 |
| WOW CHICAGO | Unsecured | 270.00 | NA | NA | 0.00 | 0.00 |

| **Summary of Disbursements to Creditors:** | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $0.00 | $0.00 | $0.00 |
| Mortgage Arrearage | $0.00 | $0.00 | $0.00 |
| Debt Secured by Vehicle | $2,736.15 | $2,736.15 | $219.16 |
| All Other Secured | $500.00 | $500.00 | $0.00 |
| **TOTAL SECURED:** | **$3,236.15** | **$3,236.15** | **$219.16** |
| **Priority Unsecured Payments**: | | | |
| Domestic Support Arrearage | $0.00 | $0.00 | $0.00 |
| Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
| All Other Priority | $0.00 | $0.00 | $0.00 |
| **TOTAL PRIORITY**: | **$0.00** | **$0.00** | **$0.00** |
| **GENERAL UNSECURED PAYMENTS**: | **$46,947.74** | **$46,947.74** | **$0.00** |

| **Disbursements:** | | |
|---|---|---|
| Expenses of Administration | $6,101.08 | |
| Disbursements to Creditors | $50,403.05 | |
| **TOTAL DISBURSEMENTS** : | | **$56,504.13** |

12) The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed. The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Dated: 12/17/2015 By:/s/ Tom Vaughn
Trustee

**STATEMENT**: This Unified Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.